DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIAN MAURICE HERMAN,**
Appellant,

v.

**ARIEL E. BELEN**, as Temporary Trustee of the Trust Created by
Rosemarie A. Herman Dated November 27th, 1991; **ROSEMARIE A.
HERMAN** and **ARIEL E. BELEN**, as Trustees of the Trust Created by
Harold Herman on March 1, 1990; **ROSEMARIE A. HERMAN**,
Individually; **STEVEN R. SCHLESINGER**; and **CRAIG AVEDISIAN,**
Appellees.

No. 4D2023-1638

[March 19, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; James Nutt, Judge; L.T. Case No.
502019CA015553XXXXMB.

Allen J. Heffner, Bruce E. Loren, and Sarah J. Bachich of Loren & Kean
Law, Palm Beach Gardens, for appellant.

Marissa D. Kelley and Dyan M. Fulop of Kelley Legal, Fort Lauderdale,
for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***